**JS-6**

Lawrence B. Steinberg (State Bar No. 101966)
*LSteinberg@buchalter.com*
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-2457
Telephone:  (213) 891-0700
Facsimile:  (213) 896-0400

Attorneys for plaintiff SIMSO TEX
SUBLIMATION PRINTING & FINISHING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMSO TEX SUBLIMATION PRINTING & FINISHING, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>YMF USA, LLC, a Nevada limited liability company; YARON BARAMI, an individual; A PLUS J, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV 14-7805-GW(AJWx)<br><br>ORDER RE: DISMISSAL OF ACTION PURSUANT TO SETTLEMENT AGREEMENT |

Pursuant to the stipulation of the parties, and pursuant to Fed.R.Civ.P. 41(a),

FOR GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED as follows:

　　　(1) The Complaint (Docket No. 1) shall be, and hereby is, dismissed, as against all defendants, without prejudice;

　　　(2) The First Amended Counterclaim (Docket No. 40) shall be, and hereby is, dismissed with prejudice;

       (3) The terms of that certain "Agreement of Compromise, Settlement and Release" (the "Settlement Agreement") dated as of February 10, 2016, entered into between plaintiff SIMSO TEX SUBLIMATION PRINTING & FINISHING, INC., on the one hand, and defendants YMF USA, LLC and YARON BARAMI, on the other hand, shall be, and hereby is, incorporated by this reference into this Order. The court may and shall retain jurisdiction to enforce the terms of the Settlement Agreement; and

       (4) Except for as provided in the Settlement Agreement, all parties may and shall bear their own respective fees and costs.

DATED: April 19, 2016

*[signature]*

Hon. George H. Wu
United States District Judge

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES
LA14CV07805GW

ORDER RE: DISMISSAL OF ACTION PURSUANT TO SETTLEMENT AGREEMENT
2.